IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

United States

Plaintiff,

vs.

Ronnie E. Cross

Defendant.

CASE NO. 8:21CR253

WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the superseding indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the superseding indictment.

_____Ronnie Cross_____           _12/23/2021_
Defendant                         Date

_____[signature]_____             _12-23-21_
Attorney for Defendant            Date

### ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __27__ day of __December__, 20_21_`

BY THE COURT:

_____Susan M Bazis_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT