IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>RONNIE E. CROSS,<br><br>                 Defendant. | 8:21CR253<br><br>**ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** |

The defendant appeared before the Court on June 5, 2023 regarding Petition for Action on Conditions of Pretrial Release [182]. Eric Hagen represented the defendant. Kelli Ceraolo represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant denied violating release conditions (l) and (m). The government requests an order of revocation and detention. A revocation and detention hearing is scheduled before Susan M. Bazis in Courtroom 7, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Friday, June 16, 2023 at 3:00 p.m.

**IT IS SO ORDERED**.

Dated this 5th day of June, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge